**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MS AMLIN CORPORATE MEMBER, LIMITED | ) ) ) | |
| Plaintiff, | ) ) ) | No. 1:22-cv-04568 |
| vs. | ) ) | Hon. Elaine E. Bucklo |
| CONDOR PORTAGE PARK I, LLC | ) ) ) | |
| Defendant. | ) ) ) | |

## STIPULATED MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

NOW INTO COURT, through undersigned counsel, comes Plaintiff, MS Amlin Corporate Member, Limited, (hereinafter "MS Amlin"), and Defendant, Condor Portage Park I, LLC ("Condor Portage Park"), submit the following Stipulated Motion to Dismiss with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and state as follows:

1.     MS Amlin and Condor Portage Park have reached an agreement to confidentially resolve the disputed issues presented in this litigation.

2.     MS Amlin and Condor Portage Park have executed a written document memorializing their agreement.

3.     MS Amlin and Condor Portage Park jointly move, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), for an order dismissing this matter with prejudice, each party to bear its own attorney's fees and costs.

Dated: January 9, 2023

Respectfully submitted,

MS Amlin Corporate Member Limited

By: /s/ Christopher J. Shannon
Counsel for Plaintiff, MS Amlin Corporate Member
Limited

Christopher J. Shannon
Walker Wilcox Matousek LLP
One North Franklin Street, Suite 3200
Chicago, Illinois 60606
(312) 244-6700


Condor Portage Park I, LLC

By: /s/ David J. Ogles
Counsel for Defendant, Condor Portage Park I, LLC

Daniel A. Dorfman
David J. Ogles
Fox Swibel Levin & Carroll LLP
200 W. Madison Street
Suite 3000
Chicago, Illinois 60606
(312) 224-1200